HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA ACOSTA, Parent on behalf of FABIANA R. ACOSTA, minor child<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner,<br>Social Security Administration,<br><br>Defendant. | Civil No. 06-04607 WHA<br><br>STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, January 15, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

| | |
|---|---|
| | _____ |
| | KEVIN V. RYAN |
| | United States Attorney |

Dated: November 30, 2006   /s/_____
SARA WINSLOW
Assistant U.S. Attorney

Dated: November 30, 2006   /s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
FABIANA R. ACOSTA

IT IS SO ORDERED.

Dated: December 5, 2006

_____
HON. WILLIAM H. ALSUP
United States District Judge

2

STIPULATION AND ORDER