IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ACOSTA, Parent on behalf of a FABIANA R. ACOSTA, a minor child,<br><br>     Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br><br>     Defendant.<br>                                                                    / | No. C 06-04607 WHA<br><br>**ORDER DENYING STIPULATION TO EXTEND TIME** |

Good cause not shown, parties' stipulation to extend time to file a motion for summary judgment is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 17, 2007

　　　　　　　　　　　　　　　　　　　　　　　/s/ Wm Alsup
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE