IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA ACOSTA,

    Plaintiff,

  v.

JO ANNE B. BARNHART,

    Defendant.

No. C 06-04607 WHA

**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

Defendant must file an opposition to plaintiff's motion for attorney's fees no later than **JULY 12, 2007**. Plaintiff should file a reply no later than **JULY 19, 2007**.

**IT IS SO ORDERED.**

Dated: July 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE