HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/as

Attorney for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ACOSTA, Parent on behalf of FABIAN R. ACOSTA, a minor child, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE Commissioner, Social Security Administration, <br><br> Defendant. | Case No.: 06-4607 WHA <br><br><br><br> STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a 21 day extension of time up through and including Thursday, August 16, 2007 in which to file her response to Defendant's Opposition to Plaintiff's Motion and Application for Attorney's Fees and Costs Under the Equal Access to Justice Act.  This extension is necessitated by the fact that Plaintiff's counsel will be out on medical leave starting on July 16, 2007; his return-to-work date is uncertain at this time.

STIPULATION AND ORDER

SARA WINSLOW
United States Attorney

Dated: July 17, 2007                         /s/
                                             SARAH L. RYAN
                                             Assistant Regional Counsel

Dated: July 17, 2007                         /s/
                                             HARVEY P. SACKETT
                                             Attorney for Plaintiff
                                             FABIAN R. ACOSTA

IT IS SO ORDERED.

Dated: July 23, 2007
                                             _____
                                             HON. WILLIAM H. ALSUP
                                             United States District Judge

STIPULATION AND ORDER                    2